## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

AUG 15 2016

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

SARAH FELIX, formerly known   :
as SARAH M. ELLIS, individually   :
and on behalf of a class,   :
  :
      Plaintiff,   :   CIVIL ACTION NO.
  :   2:16-CV-066-RWS
    v.   :
  :
SUNTRUST MORTGAGE, INC.,   :

      Defendants.

## ORDER

On August 8, 2016, the parties filed a Joint Status Report Regarding

Mediation [Doc. No. 33] stating that the parties have reached an agreement to

settle this proposed class action. The parties request that the stay remain in

place until Plaintiff moves for preliminary approval of the settlement and class

certification, which will occur no later than September 1, 2016. After due

consideration, the parties' request is granted. The STAY shall remain in place

pending Plaintiff's filing her motion for preliminary approval of the settlement

and class certification.

AO 72A
(Rev.8/82)

**SO ORDERED**, this ____5____ day of August, 2016.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

2