UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SARAH FELIX, formerly known as SARAH M. ELLIS, individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>Defendant. | Civil Action No.<br>2:16-CV-00066-RWS<br><br>CLASS ACTION<br>JURY TRIAL |

## [~~PROPOSED~~] ORDER

Presently before this Court is the Joint Motion Relating to Preliminary Approval of Class Settlement. After reviewing that motion, the Court hereby designates Kurtzman Carson Consultants as the Administrator of the proposed class settlement. The Court further holds that the Final Approval Hearing shall be held at 11:00 A.M. on February 6, 2017, and that the deadline for Plaintiff to file her motion for final approval of the settlement is January 13, 2017.

IT IS SO ORDERED

Dated: Sept 13, 2016

_____
Judge, United States District Court
Northern District of Georgia
Gainesville Division

1465442.1