IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

SARAH FELIX,

    Plaintiff,

v.

SUNTRUST MORTGAGE, INC.,

    Defendant.

CIVIL ACTION NO.
2:16-CV-66-RWS

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss [Doc. No. 16]. Given the Court's Order granting preliminary approval of the class settlement [Doc. No. 36], this Motion [Doc. No. 16] is DISMISSED as moot with leave to re-file in the event settlement is not consummated.

**SO ORDERED**, this 26th day of September, 2016.

RICHARD W. STORY
United States District Judge