UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SARAH FELIX, formerly known as SARAH M. ELLIS, individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>Defendant. | Civil Action No.<br>2:16-CV-00066-RWS<br><br>CLASS ACTION<br>JURY TRIAL |

## CLASS COUNSEL'S MOTION TO DETERMINE ALLOCATION OF ATTORNEY FEE AWARD TO FORMER COUNSEL

COMES NOW Class Counsel Epps, Holloway, DeLoach & Hoipkemier, LLC ("EHDH") and moves the Court for an order determining an appropriate allocation of the Court's fee award [Dkt. 47 at 19] to Werner & Associates, P.C. and Fortson Bentley & Griffin, P.C. for their legal services rendered prior to being discharged by Plaintiff Sarah Felix. In support of this motion, EHDH relies on its contemporaneously filed brief in support and the Declarations of Adam Hoipkemier and Kevin Epps

Respectfully submitted, this 28th day of March, 2017.

1

THE BARNES LAW GROUP, LLC

/s/ Roy E. Barnes
Roy E. Barnes
Ga. Bar No. 039000
Attorney for
Epps, Holloway, DeLoach
& Hoipkemier, LLC

THE BARNES LAW GROUP, LLC
31 Atlanta Street
Marietta, GA 30060
770-419-8505
770-227-6373 (fax)
roy@barneslawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that on this day, I electronically filed **Class Counsel's Motion to Determine Allocation of Attorney Fee Award to Former Counsel** with the Clerk of Court using the CM/ECF electronic filing system which will automatically send email notification of such filing to the following attorneys of record:

> Fredric Joseph Bold, Jr., Esq.
> bold@bmelaw.com
>
> Michael L. Eber, Esq.
> meber@rh-law.com
>
> Naveen Ramachandrappa
> ramachandrappa@bmelaw.com
>
> Steven Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Jeffrey Wright Willis, Esq.
> jww@rh-law.com

I hereby certify that I have served a true and exact copy of the above-referenced to the following non-CM/ECF participant via US First Class Mail and email addressed as follows:

> Darren Summerville, Esq.
> The Summerville Firm, LLC
> 400 Colony Square
> 1201 Peachtree Street, NE

Suite 2000
Atlanta, GA 30361
darren@summervillefirm.com

William S. Stone, Esq.
Stone Law Group
589 College Street
Blakely, GA 39823
billstone@stonelaw.com

This 28th day of March, 2017.

                                THE BARNES LAW GROUP, LLC
                                /s/ Roy E. Barnes
                                Roy E. Barnes
                                Ga. Bar No. 039000
                                Attorney for Epps, Holloway, DeLoach
                                & Hoipkemier, LLC

THE BARNES LAW GROUP, LLC
31 Atlanta Street
Marietta, Ga. 30060
BARNESLAW 770-227-6375
BARNESFAX 770-227-6373
www.barneslawgroup.com
roy@barneslawgroup.com