# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| SARAH FELIX, formerly known as SARAH M. ELLIS, individually and on behalf of a class,<br><br>     Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>     Defendant. | Civil Action No. 2:16-CV-00066-RWS<br><br>CLASS ACTION<br>JURY TRIAL |

### DECLARATION OF ADAM HOIPKEMIER

1.     My name is Adam Hoipkemier.  I am an attorney admitted to practice in the State of Georgia and a partner with the law firm of Epps, Holloway, DeLoach & Hoipkemier, LLC ("EHDH" or "the Firm").

2.     Along with counsel from Bondurant Mixson & Elmore, LLP, EHDH was appointed by the Court as Class Counsel in this case.  [Dkt. 36 at 6].

3.     Prior to joining the firm that became EHDH, I practiced with Werner & Associates, P.C. d/b/a The Werner Law Firm (the "Werner Firm") from November 2014 until June 27, 2016.

4.     During 2016, my standard rate at the Werner Firm was $350.00/hour.

5.     On March 23, 2016, the Werner Firm entered into a co-counsel agreement with Bondurant Mixson & Elmore, LLP and Fortson Bentley & Griffin,

P.C. with respect to the representation of Plaintiff Felix. Paragraph 4 of the co-counsel agreement provides that "[c]ounsel's work for the Class will be compensated, if at all, with the approval and at the direction of the Court...."

6.    I originated this case for the Werner Firm and performed all or substantially all of the legal work on the case for the firm. To my knowledge, no other staff or lawyer at the Werner Firm performed any billable legal work on the case.

7.    I personally inputed the time I spent working on this case in the firm's Toggl billing system contemporaneously with the work or shortly thereafter as a regular part of my practice. I have personal knowledge of how the records were maintained. A true and correct copy of the Werner Firm's Toggl billing records for this case, reflecting a total of 4.1 hours, are attached as Exhibit 1.

8.    On June 30, 2016, Sarah Felix signed a letter discharging the Werner Firm and electing to retain Epps, Holloway & DeLoach, LLC (now EHDH). A true and correct copy of the June 30, 2016 letter is attached as Exhibit 2.

9.    FBG and the Werner Firm have claimed attorney lien interests in the class settlement proceeds.

10.    On or around October 4, 2016, EHDH entered into an amended co-counsel agreement with Bondurant Mixson and Former Counsel providing that Bondurant Mixson & Elmore, LLP will escrow any attorney's fees awarded to EHDH pending a determination of Former Counsel's fee interests.

11.     EHDH, Werner and FBG have agreed that First American Bank and Trust Company in Athens, Georgia will serve as escrow agent to hold the funds until Werner Firm's and FBG's claims to the class settlement proceeds are adjudicated or resolved.

12.     I was responsible for EHDH's representation of Ms. Felix along with my partner, Kevin Epps.  Kevin or I personally performed or oversaw substantially all of EHDH's work on the case.

12.     I personally recorded the time I spent working on this case in the firm's Clio billing system contemporaneously with the work or shortly thereafter as a regular part of my practice.  I have personal knowledge of how the firm's records are maintained.  A true and correct copy of EHDH's Clio billing records for this case, reflecting a total of 97.3 hours through the February 6, 2017 final approval hearing, is attached as Exhibit 3.

This declaration is made within the United States and pursuant to Title 28 of the United States Code, Section 1746.  I declare under penalty of perjury that the foregoing is true and correct. I have executed this declaration on March 24, 2017.

Adam L. Hoipkemier

# EXHIBIT 1



Projects / Time entries                                                    Duration

**SunTrust - FHA**                                                          4:01:31

correspondence with S. Roswenwasser re engagement letters and co-counsel agreements    0:44:00

discuss media strategy in light of news reports                            2:06:00

review and revise draft complaint                                          1:11:31

# EXHIBIT 2

June 29, 2016

<u>Via Email</u>

Dear Sarah:

The purpose of this letter is to inform I have left Werner Law Firm as of June 28, 2016. However, I will continue to practice law and my new office will be located at:

Adam Hoipkemier
Epps, Holloway, & DeLoach, LLC
1220 Langford Drive, Suite 200A
Watkinsville, GA  30677
Email: adam@ehdlaw.com
Telephone No.: 706-508-4000

I would like to continue my representation of you and to take possession of your file(s), subject to your consent to such continued representation. You also have the option to stay with The Werner Law Firm. Alternatively, you may select a new attorney to represent you, unrelated to either Epps, Holloway & DeLoach, LLC or the Werner Law Firm.

**Please indicate your decision by completing and signing the following page and return a copy of this letter via email to** ahoipkem@gmail.com. Please feel free to telephone me if you have any questions regarding this matter.

Very truly yours,

/s/

Adam Hoipkemier

Please select and complete one of the following choices:

_SMF_   I request that all file(s) presently maintained by the Werner Law Firm and the balance of all amounts currently held by Werner Law Firm in trust or as a retainer, if any, with respect to Werner Law Firm's representation of the undersigned be **transferred and released to Epps, Holloway, & DeLoach, LLC. I hereby terminate Werner Law Firm as of the date of this letter and Werner Law Firm should take no further actions regarding my case.**

_____   I wish to continue being represented by **Werner Law Firm.**

_____   I request that all file(s) presently maintained by the Werner Law Firm. and the balance of all amounts currently held by the Werner Law Firm's trust or as a retainer be returned to me, as I wish to now be represented by:

_____

Name and Address of other Lawyer

_____

_____


_Sarah Felix_                      6/30/16
Sarah Felix                        Date

# EXHIBIT 3

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 02/06/2017 | Felix S./147-00001 | hearing obtaining final approval of class settlement and award of incentive fees and attorney's fees | Adam Hoipkemier 2.50 | $0.00 | $0.00 |
| 02/01/2017 | Felix S./147-00001 | correspondence regarding defense's comments and objections to proposed judgment | Adam Hoipkemier 0.50 | $0.00 | $0.00 |
| 01/23/2017 | Felix S./147-00001 | Various work on pleadings for final settlement. | Kevin Epps 0.50 | $0.00 | $0.00 |
| 01/11/2017 | Felix S./147-00001 | Review Suntrust pleadings for approval. | Kevin Epps 0.90 | $0.00 | $0.00 |
| 01/11/2017 | Felix S./147-00001 | review/provide comments on motion for final approval, proposed final judgment | Adam Hoipkemier 1.70 | $0.00 | $0.00 |
| 12/07/2016 | Felix S./147-00001 | Review opt out request. | Kevin Epps 0.10 | $0.00 | $0.00 |
| 12/06/2016 | Felix S./147-00001 | Review weekly status report. | Kevin Epps 0.10 | $0.00 | $0.00 |
| 12/05/2016 | Felix S./147-00001 | finalize motion for class representative service award; draft declaration in support of motion | Adam Hoipkemier 2.50 | $0.00 | $0.00 |
| 11/30/2016 | Felix S./147-00001 | Review opt out. | Kevin Epps 0.10 | $0.00 | $0.00 |
| 11/28/2016 | Felix S./147-00001 | Review summary if opt out and progress. | Kevin Epps 0.20 | $0.00 | $0.00 |
| 11/16/2016 | Felix S./147-00001 | Review various reports regarding opt outs and settlement. | Kevin Epps 0.50 | $0.00 | $0.00 |
| 11/11/2016 | Felix S./147-00001 | Review opt out request. | Kevin Epps 0.10 | $0.00 | $0.00 |
| 11/11/2016 | Felix S./147-00001 | draft mtn to approve incentive award | Adam Hoipkemier 2.10 | $0.00 | $0.00 |
| 11/08/2016 | Felix S./147-00001 | phone calls with class members to answer class notice questions | Adam Hoipkemier 0.30 | $0.00 | $0.00 |
| 09/14/2016 | Felix S./147-00001 | Review motion for fees. | Kevin Epps 0.50 | $0.00 | $0.00 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 09/06/2016 | Felix S./147-00001 | Review Motion for Approval of Class Settlement. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.40 | | |
| 09/01/2016 | Felix S./147-00001 | Correspondence with client regarding settlement agreement. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.40 | | |
| 08/28/2016 | Felix S./147-00001 | Mediation prep; research class issues raised by SunTrust; analyze damages spreadsheet. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 4.30 | | |
| 08/24/2016 | Felix S./147-00001 | Prepare pleadings in support of Motion for Approval of Class Settlement. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 2.90 | | |
| 08/23/2016 | Felix S./147-00001 | Review and redline SunTrust's revisions to settlement agreement. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.70 | | |
| 08/10/2016 | Felix S./147-00001 | Redline class notice. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 1.80 | | |
| 08/10/2016 | Felix S./147-00001 | Redline draft settlement agreement. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 2.40 | | |
| 08/10/2016 | Felix S./147-00001 | Research CAFA notice requirements relating to class settlement. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 1.30 | | |
| 08/05/2016 | Felix S./147-00001 | Attend mediation; travel to and from mediation. | Kevin Epps | $0.00 | $0.00 |
| | | | 13.50 | | |
| 08/05/2016 | Felix S./147-00001 | Attend mediation; travel to and from mediation. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 13.50 | | |
| 08/03/2016 | Felix S./147-00001 | Mediation prep. Telephone conference with mediator regarding various issues with the case. | Kevin Epps | $0.00 | $0.00 |
| | | | 1.10 | | |
| 08/03/2016 | Felix S./147-00001 | Conference call with client regarding mediation. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.30 | | |
| 08/03/2016 | Felix S./147-00001 | Mediation prep conference call with Ralph Levy. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.80 | | |
| 08/01/2016 | Felix S./147-00001 | Telephone conference with client regarding various issues with mediation. Review settlement agreement structure. | Kevin Epps | $0.00 | $0.00 |
| | | | 0.80 | | |
| 08/01/2016 | Felix S./147-00001 | Review SunTrust confidential mediation data. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 2.90 | | |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 07/30/2016 | Felix S./147-00001 | Correspond with client regarding mediation. | Adam Hoipkemier<br><br>0.20 | $0.00 | $0.00 |
| 07/29/2016 | Felix S./147-00001 | Emails regarding mediation. Review data for mediation. | Kevin Epps<br><br>0.40 | $0.00 | $0.00 |
| 07/28/2016 | Felix S./147-00001 | Prepare for mediation. | Adam Hoipkemier<br><br>1.80 | $0.00 | $0.00 |
| 07/27/2016 | Felix S./147-00001 | Emails with co-counsel regarding various issues mediation. Review data for mediation. | Kevin Epps<br><br>0.80 | $0.00 | $0.00 |
| 07/27/2016 | Felix S./147-00001 | Initial review and summary of SunTrust mediation issue. Participate in conference call among lawyers for mediation. | Ed Allen<br><br>1.50 | $0.00 | $0.00 |
| 07/27/2016 | Felix S./147-00001 | Review mediation correspondence with expert regarding loan data. | Adam Hoipkemier<br><br>0.30 | $0.00 | $0.00 |
| 07/27/2016 | Felix S./147-00001 | Review SunTrust mediation correspondence and loan data. | Adam Hoipkemier<br><br>2.10 | $0.00 | $0.00 |
| 07/26/2016 | Felix S./147-00001 | Review data from opposing counsel for mediation. Calculate damages for mediation. Meeting with Telephone conference with Attorney Hoipkemier regarding various issues with data. Emails with co counsel regarding various issues with data. | Kevin Epps<br><br>1.70 | $0.00 | $0.00 |
| 07/25/2016 | Felix S./147-00001 | Mediation strategy meeting. | Adam Hoipkemier<br><br>0.80 | $0.00 | $0.00 |
| 07/24/2016 | Felix S./147-00001 | Strategy meeting with co counsel regarding mediation. | Kevin Epps<br><br>0.80 | $0.00 | $0.00 |
| 07/21/2016 | Felix S./147-00001 | Meeting with Attorney Epps regarding issues with mediation. | Ed Allen<br><br>0.50 | $0.00 | $0.00 |
| 07/21/2016 | Felix S./147-00001 | Emails with co counsel regarding various issues with settlement and mediation. Meeting with Attorney Allen regarding mediation. | Kevin Epps<br><br>0.70 | $0.00 | $0.00 |
| 07/19/2016 | Felix S./147-00001 | Telephone conference with counsel regarding presence of client at mediation. Meeting with Attorney Allen regarding mediation. | Kevin Epps<br><br>0.50 | $0.00 | $0.00 |
| 07/19/2016 | Felix S./147-00001 | Meeting with Attorney Allen regarding various issues with settlement. Telephone conference with mediator regarding various issues with mediation. | Kevin Epps<br><br>1.10 | $0.00 | $0.00 |
| 07/19/2016 | Felix S./147-00001 | Conference call with mediator. | Adam Hoipkemier | $0.00 | $0.00 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| | | | 0.40 | | |
| 07/18/2016 | Felix S./147-00001 | E-mails regarding discovery. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.50 | | |
| 07/18/2016 | Felix S./147-00001 | Research regarding causation defense. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 2.80 | | |
| 07/17/2016 | Felix S./147-00001 | Review SunTrust response to notice of supplemental authority. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.30 | | |
| 07/14/2016 | Felix S./147-00001 | Review and finalize notice of change of address and firm affiliation; file change of address notice for Adam, Kevin and Me. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.30 | | |
| 07/13/2016 | Felix S./147-00001 | Review mediation agreement. Emails with co-counsel and mediator regarding scheduling. | Kevin Epps | $0.00 | $0.00 |
| | | | 0.50 | | |
| 07/13/2016 | Felix S./147-00001 | Review e-mail correspondence about obtaining a stay of action from Judge Story. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.10 | | |
| 07/13/2016 | Felix S./147-00001 | Review correspondence regarding mediation. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.10 | | |
| 07/12/2016 | Felix S./147-00001 | Research HUD regulations regarding amending class definition to clarify start of class period. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.80 | | |
| 07/12/2016 | Felix S./147-00001 | Correspondence regarding mediation. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.50 | | |
| 07/11/2016 | Felix S./147-00001 | Review e-mails from co-counsel regarding mediation and potential stay of action; e-mail response to Steven Rosenwasser. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.20 | | |
| 07/11/2016 | Felix S./147-00001 | Meeting with Attorney Epps regarding mediation. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.10 | | |
| 07/11/2016 | Felix S./147-00001 | Telephone conference with Attorney Epps regarding mediation and motion to stay. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.50 | | |
| 07/11/2016 | Felix S./147-00001 | Telephone conference with client regarding mediation. Review Motion to Dismiss and Motion to Stay issues regarding mediation. Telephone conference with Attorney Hoipkemier regarding mediation and stay issues.Meeting with Attorney DeLoach regarding mediation. Telephone conference with Attorney Hoipkemier and Attorney DeLoach regarding Motion to Stay and mediation. | Kevin Epps | $0.00 | $0.00 |
| | | | 2.00 | | |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 07/08/2016 | Felix S./147-00001 | Correspond with S. Rosenwasser regarding mediation. | Adam Hoipkemier<br><br>0.30 | $0.00 | $0.00 |
| 07/07/2016 | Felix S./147-00001 | Research case law and arguments raised in SunTrust Motion to Dismiss. | Adam Hoipkemier<br><br>5.60 | $0.00 | $0.00 |
| 07/07/2016 | Felix S./147-00001 | Review all motions to dismiss. Strategy meeting regarding motion to dismiss and settlement. | Kevin Epps<br><br>3.10 | $0.00 | $0.00 |
| 07/02/2016 | Felix S./147-00001 | Research voluntary payment issues. | Adam Hoipkemier<br><br>6.30 | $0.00 | $0.00 |
| | | | 97.30 | | $0.00 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

SARAH FELIX, formerly known as
SARAH M. ELLIS, individually and on
behalf of a class,

        Plaintiff,

v.

SUNTRUST MORTGAGE, INC.,

        Defendant.

Civil Action No.
2:16-CV-00066-RWS

CLASS ACTION
JURY TRIAL

## DECLARATION OF KEVIN EPPS

1.    My name is Kevin Epps. I am an attorney admitted to practice in the State of Georgia and a partner with the law firm of Epps Holloway DeLoach & Hoipkemier, LLC ("EHDH" or "the Firm").

2.    Along with counsel from Bondurant Mixson & Elmore, LLP, EHDH was appointed by the Court as Class Counsel in this case.  [Dkt. 36 at 6].

3.    Prior to forming the firm that became EHDH, I practiced with Fortson, Bentley & Griffin, P.C. ("FBG") from September 2008 until June 30, 2016.

4.    I originated this case for FBG and Jeffrey DeLoach and I performed all or substantially all of the legal work on the case for the firm. To my knowledge, no other FBG attorney performed any substantive legal work on the case.

5.    I personally recorded the time I spent working on this case in the firm's

Orion billing system contemporaneously with the work or shortly thereafter as a regular part of my practice. I have personal knowledge of how the records were maintained. A true and correct copy of FBG's Orion billing records for this case, reflecting a total of 14.4 hours, are attached as Exhibit 1.

6.      On June 27, 2016, Sarah Felix discharged FBG and elected to retain Epps, Holloway & DeLoach, LLC (now EHDH).

7.      I was responsible for EHDH's representation of Ms. Felix along with my partner, Adam Hoipkemier. Either Adam or I personally performed or oversaw all of EHDH's work on the case. I personally recorded the time I spent working on this case in the firm's Clio billing system contemporaneously with the work or shortly thereafter as a regular part of my practice. I have personal knowledge of how the firm's records are maintained. A true and correct copy of EHDH's Clio billing records for this case, reflecting a total of 97.3 hours through the final approval hearing, is attached as Exhibit 2.

This declaration is made within the United States and pursuant to Title 28 of the United States Code, Section 1746. I declare under penalty of perjury that the foregoing is true and correct. I have executed this declaration on March 24, 2017.

Kevin E. Epps

EXHIBIT

tabbies

\

For Invoice Date: 6/29/2016
Page #: 1

| Action | | |
|---|---|---|
| Bill _____ Hold _____ W/U/D___ W/O___ | | |
| Apply Retainer Trust _____REDO ___ | | |
| Show to _____ | | |
| Close Matter_____AddAttached___ | | |

018752   000001   FELIX, SARAH M.

Sarah M. Felix
2453 Club Estates Dr
Statham, GA 30666-2568

ATTN:

Matter Name:  FHA Loan - SunTrust

Responsible:  Kevin E. Epps
Originating:  Kevin E. Epps
Fee Arrangement:  Hourly
Matter Opened on:  2/17/2016
Invoice Style:  02 - Date, ID, Desc, Hours, Ttl Amt & Rate Per Recap (
[X] Include Invoice in Hard Copy

Fees from - through:   1/1/1988 - 6/29/2016
Other Accounting from - through:   1/1/1988 - 6/29/2016
Type of Law: OTH
Quoted Price: $0.00
Default Rate: A

Billing Notes:
Matter Description:

## Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 12/8/2015 258314 | MSM | Email exchange with Christopher Felix. | 0.1 0.1 | $105.00 | $10.50 $10.50 |
| 12/11/2015 258725 | MSM | Review documents from Christopher Felix. | 0.5 0.5 | $105.00 | $52.50 $52.50 |
| 12/14/2015 259393 | MSM | Finish reviewing documents from Chris Felix and provide select ones to Attorney Hoipkemier.  Email exchanges with Chris Felix.  Review paperwork from Anna Brantley. | 0.5 0.5 | $105.00 | $52.50 $52.50 |
| 12/28/2015 270949 | MSM | Email to Chris Felix. | 0.1 0.1 | $105.00 | $10.50 $10.50 |
| 1/4/2016 261378 | MSM | Email exchanges with Chris Felix. Draft authorization and letter to Suntrust for Chris Felix. | 1.0 1.0 | $105.00 | $105.00 $105.00 |
| 1/18/2016 262881 | MSM | Email exchange with Chris Felix. | 0.1 0.1 | $105.00 | $10.50 $10.50 |
| 1/20/2016 262889 | MSM | Finalize and send Suntrust letter for Chris Felix documents. | 0.1 0.1 | $105.00 | $10.50 $10.50 |
| 1/26/2016 270950 | MSM | Call and fax to SunTrust regarding Felix loan. | 0.5 0.5 | $105.00 | $52.50 $52.50 |
| 1/29/2016 263915 | MSM | Phone call to SunTrust regarding Felix loan. | 0.5 0.5 | $105.00 | $52.50 $52.50 |
| 2/1/2016 266011 | MSM | Review SunTrust documents.  Email exchange with Christopher Felix. | 0.5 0.5 | $105.00 | $52.50 $52.50 |
| 2/2/2016 266013 | MSM | Email exchange with Christopher Felix. | 0.1 0.1 | $105.00 | $10.50 $10.50 |
| 2/9/2016 266025 | MSM | Phone call with SunTrust Bank. | 0.2 0.2 | $105.00 | $21.00 $21.00 |
| 2/23/2016 | KEE | Meeting in Atlanta regarding various issues with the case. | 5.0 | | $1,425.00 |

For Invoice Date: 6/29/2016
Page #:  2

018752   000001   FELIX, SARAH M.
Matter Name:  FHA Loan - SunTrust

### Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 268317 | | | 5.0 | $285.00 | $1,425.00 |
| 3/23/2016 271177 | JWD | E-mail exchange with co-counsel regarding matter; review and comment on proposed engagement of expert witness; review and comment on co-counsel agreement; review proposed engagement letter with client; e-mails with co-counsel Steven Rossenwasser regarding administrative matters. | 2.1 / 2.1 | $305.00 *Edited* | $640.50 / $640.50 |
| 3/29/2016 271974 | JWD | Review draft of Complaint from co-counsel; e-mail to co-counsel regarding matter. | 0.6 / 0.6 | $305.00 | $183.00 / $183.00 |
| 3/30/2016 272062 | JWD | E-mail to client with draft of lawsuit; forward engagement letter to co-counsel. | 0.3 / 0.3 | $305.00 | $91.50 / $91.50 |
| 3/31/2016 272107 | JWD | Telephone call with Chris Felix. | 0.2 / 0.2 | $305.00 | $61.00 / $61.00 |
| 3/31/2016 272180 | JWD | Review filings in Northern District Court. | 0.1 / 0.1 | $305.00 | $30.50 / $30.50 |
| 4/5/2016 273114 | JWD | Reviewing filings; e-mail to Sarah Felix with copy of filed Complaint and exhibits. | 0.3 / 0.3 | $305.00 *Edited* | $91.50 / $91.50 |
| 4/5/2016 273891 | LPT | Organize and create file for client documents, engagement. | 0.5 / 0.5 | $105.00 | $52.50 / $52.50 |
| 4/7/2016 273672 | JWD | Telephone call with client to discuss how to handle requests or inquiries from the press. | 0.2 / 0.2 | $305.00 | $61.00 / $61.00 |
| 4/7/2016 273691 | JWD | Review e-mail from Sarah Felix with copy of deposit; telephone call with Chris Felix; e-mail exchange with co-counsel. | 0.3 / 0.3 | $305.00 | $91.50 / $91.50 |
| 6/2/2016 280595 | JWD | Telephone call with co-counsel regarding strategy with settlement negotiations; e-mail to clients regarding status of case. | 0.5 / 0.5 | $305.00 | $152.50 / $152.50 |
| 6/6/2016 281092 | JWD | E-mail exchange with client regarding status. | 0.1 / 0.1 | $305.00 | $30.50 / $30.50 |

| | Orig Hrs | Orig Amt | Bill Hrs | Hrly Rate | Bill Amt |
|---|---|---|---|---|---|
| Total Selected Fees | 14.4 | $3,352.00 | 14.4 | $232.78 | $3,352.00 |
| Total Deferred Fees | 0.0 | $0.00 | 0.0 | $0.00 | $0.00 |
| **Total Fees** | **14.4** | **$3,352.00** | **14.4** | **$232.78** | **$3,352.00** |

### Cost & Expenses

| Date / Record # | ID / Code | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| | | | |

**EXHIBIT**

tabbies®  2

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 02/06/2017 | Felix S./147-00001 | hearing obtaining final approval of class settlement and award of incentive fees and attorney's fees | Adam Hoipkemier 2.50 | $0.00 | $0.00 |
| 02/01/2017 | Felix S./147-00001 | correspondence regarding defense's comments and objections to proposed judgment | Adam Hoipkemier 0.50 | $0.00 | $0.00 |
| 01/23/2017 | Felix S./147-00001 | Various work on pleadings for final settlement. | Kevin Epps 0.50 | $0.00 | $0.00 |
| 01/11/2017 | Felix S./147-00001 | Review Suntrust pleadings for approval. | Kevin Epps 0.90 | $0.00 | $0.00 |
| 01/11/2017 | Felix S./147-00001 | review/provide comments on motion for final approval, proposed final judgment | Adam Hoipkemier 1.70 | $0.00 | $0.00 |
| 12/07/2016 | Felix S./147-00001 | Review opt out request. | Kevin Epps 0.10 | $0.00 | $0.00 |
| 12/06/2016 | Felix S./147-00001 | Review weekly status report. | Kevin Epps 0.10 | $0.00 | $0.00 |
| 12/05/2016 | Felix S./147-00001 | finalize motion for class representative service award; draft declaration in support of motion | Adam Hoipkemier 2.50 | $0.00 | $0.00 |
| 11/30/2016 | Felix S./147-00001 | Review opt out. | Kevin Epps 0.10 | $0.00 | $0.00 |
| 11/28/2016 | Felix S./147-00001 | Review summary if opt out and progress. | Kevin Epps 0.20 | $0.00 | $0.00 |
| 11/16/2016 | Felix S./147-00001 | Review various reports regarding opt outs and settlement. | Kevin Epps 0.50 | $0.00 | $0.00 |
| 11/11/2016 | Felix S./147-00001 | Review opt out request. | Kevin Epps 0.10 | $0.00 | $0.00 |
| 11/11/2016 | Felix S./147-00001 | draft mtn to approve incentive award | Adam Hoipkemier 2.10 | $0.00 | $0.00 |
| 11/08/2016 | Felix S./147-00001 | phone calls with class members to answer class notice questions | Adam Hoipkemier 0.30 | $0.00 | $0.00 |
| 09/14/2016 | Felix S./147-00001 | Review motion for fees. | Kevin Epps 0.50 | $0.00 | $0.00 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 09/06/2016 | Felix S./147-00001 | Review Motion for Approval of Class Settlement. | Adam Hoipkemier<br>0.40 | $0.00 | $0.00 |
| 09/01/2016 | Felix S./147-00001 | Correspondence with client regarding settlement agreement. | Adam Hoipkemier<br>0.40 | $0.00 | $0.00 |
| 08/28/2016 | Felix S./147-00001 | Mediation prep; research class issues raised by SunTrust; analyze damages spreadsheet. | Adam Hoipkemier<br>4.30 | $0.00 | $0.00 |
| 08/24/2016 | Felix S./147-00001 | Prepare pleadings in support of Motion for Approval of Class Settlement. | Adam Hoipkemier<br>2.90 | $0.00 | $0.00 |
| 08/23/2016 | Felix S./147-00001 | Review and redline SunTrust's revisions to settlement agreement. | Adam Hoipkemier<br>0.70 | $0.00 | $0.00 |
| 08/10/2016 | Felix S./147-00001 | Redline class notice. | Adam Hoipkemier<br>1.80 | $0.00 | $0.00 |
| 08/10/2016 | Felix S./147-00001 | Redline draft settlement agreement. | Adam Hoipkemier<br>2.40 | $0.00 | $0.00 |
| 08/10/2016 | Felix S./147-00001 | Research CAFA notice requirements relating to class settlement. | Adam Hoipkemier<br>1.30 | $0.00 | $0.00 |
| 08/05/2016 | Felix S./147-00001 | Attend mediation; travel to and from mediation. | Kevin Epps<br>13.50 | $0.00 | $0.00 |
| 08/05/2016 | Felix S./147-00001 | Attend mediation; travel to and from mediation. | Adam Hoipkemier<br>13.50 | $0.00 | $0.00 |
| 08/03/2016 | Felix S./147-00001 | Mediation prep. Telephone conference with mediator regarding various issues with the case. | Kevin Epps<br>1.10 | $0.00 | $0.00 |
| 08/03/2016 | Felix S./147-00001 | Conference call with client regarding mediation. | Adam Hoipkemier<br>0.30 | $0.00 | $0.00 |
| 08/03/2016 | Felix S./147-00001 | Mediation prep conference call with Ralph Levy. | Adam Hoipkemier<br>0.80 | $0.00 | $0.00 |
| 08/01/2016 | Felix S./147-00001 | Telephone conference with client regarding various issues with mediation. Review settlement agreement structure. | Kevin Epps<br>0.80 | $0.00 | $0.00 |
| 08/01/2016 | Felix S./147-00001 | Review SunTrust confidential mediation data. | Adam Hoipkemier<br>2.90 | $0.00 | $0.00 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 07/30/2016 | Felix S./147-00001 | Correspond with client regarding mediation. | Adam Hoipkemier 0.20 | $0.00 | $0.00 |
| 07/29/2016 | Felix S./147-00001 | Emails regarding medaition. Review data for medaition. | Kevin Epps 0.40 | $0.00 | $0.00 |
| 07/28/2016 | Felix S./147-00001 | Prepare for mediation. | Adam Hoipkemier 1.80 | $0.00 | $0.00 |
| 07/27/2016 | Felix S./147-00001 | Emails with co-counsel regarding various issues mediation. Review data for mediation. | Kevin Epps 0.80 | $0.00 | $0.00 |
| 07/27/2016 | Felix S./147-00001 | Initial review and summary of SunTrust mediation issue. Participate in conference call among lawyers for mediation. | Ed Allen 1.50 | $0.00 | $0.00 |
| 07/27/2016 | Felix S./147-00001 | Review mediation correspondence with expert regarding loan data. | Adam Hoipkemier 0.30 | $0.00 | $0.00 |
| 07/27/2016 | Felix S./147-00001 | Review SunTrust mediation correspondence and loan data. | Adam Hoipkemier 2.10 | $0.00 | $0.00 |
| 07/26/2016 | Felix S./147-00001 | Review data from opposing counsel for medaition. Calculate damages for mediation. Meeting with Telephone conference with Attorney Hoipkemier regarding various issues with data. Emails with co counsel regarding various issues with data. | Kevin Epps 1.70 | $0.00 | $0.00 |
| 07/25/2016 | Felix S./147-00001 | Mediation strategy meeting. | Adam Hoipkemier 0.80 | $0.00 | $0.00 |
| 07/24/2016 | Felix S./147-00001 | Strategy meeting with co counsel regarding mediation. | Kevin Epps 0.80 | $0.00 | $0.00 |
| 07/21/2016 | Felix S./147-00001 | Meeting with Attorney Epps regarding issues with mediation. | Ed Allen 0.50 | $0.00 | $0.00 |
| 07/21/2016 | Felix S./147-00001 | Emails with co counsel regarding various issues with settlement and mediation. Meeting with Attorney Allen regarding mediation. | Kevin Epps 0.70 | $0.00 | $0.00 |
| 07/19/2016 | Felix S./147-00001 | Telephone conference with counsel regarding presence of client at mediation. Meeting with Attorney Allen regarding mediation. | Kevin Epps 0.50 | $0.00 | $0.00 |
| 07/19/2016 | Felix S./147-00001 | Meeting with Attorney Allen regarding various issues with settlement. Telephone conference with mediator regarding various issues with mediation. | Kevin Epps 1.10 | $0.00 | $0.00 |
| 07/19/2016 | Felix S./147-00001 | Conference call with mediator. | Adam Hoipkemier | $0.00 | $0.00 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| | | | 0.40 | | |
| 07/18/2016 | Felix S./147-00001 | E-mails regarding discovery. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.50 | | |
| 07/18/2016 | Felix S./147-00001 | Research regarding causation defense. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 2.80 | | |
| 07/17/2016 | Felix S./147-00001 | Review SunTrust response to notice of supplemental authority. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.30 | | |
| 07/14/2016 | Felix S./147-00001 | Review and finalize notice of change of address and firm affiliation; file change of address notice for Adam, Kevin and Me. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.30 | | |
| 07/13/2016 | Felix S./147-00001 | Review mediation agreement. Emails with co-counsel and mediator regarding scheduling. | Kevin Epps | $0.00 | $0.00 |
| | | | 0.50 | | |
| 07/13/2016 | Felix S./147-00001 | Review e-mail correspondence about obtaining a stay of action from Judge Story. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.10 | | |
| 07/13/2016 | Felix S./147-00001 | Review correspondence regarding mediation. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.10 | | |
| 07/12/2016 | Felix S./147-00001 | Research HUD regulations regarding amending class definition to clarify start of class period. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.80 | | |
| 07/12/2016 | Felix S./147-00001 | Correspondence regarding mediation. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.50 | | |
| 07/11/2016 | Felix S./147-00001 | Review e-mails from co-counsel regarding mediation and potential stay of action; e-mail response to Steven Rosenwasser. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.20 | | |
| 07/11/2016 | Felix S./147-00001 | Meeting with Attorney Epps regarding mediation. | Jeff DeLoach | $0.00 | $0.00 |
| | | | 0.10 | | |
| 07/11/2016 | Felix S./147-00001 | Telephone conference with Attorney Epps regarding mediation and motion to stay. | Adam Hoipkemier | $0.00 | $0.00 |
| | | | 0.50 | | |
| 07/11/2016 | Felix S./147-00001 | Telephone conference with client regarding mediation. Review Motion to Dismiss and Motion to Stay issues regarding mediation. Telephone conference with Attorney Hoipkemier regarding mediation and stay issues. Meeting with Attorney DeLoach regarding mediation. Telephone conference with Attorney Hoipkemier and Attorney DeLoach regarding Motion to Stay and mediation. | Kevin Epps | $0.00 | $0.00 |
| | | | 2.00 | | |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 07/08/2016 | Felix S./147-00001 | Correspond with S. Rosenwasser regarding mediation. | Adam Hoipkemier<br>0.30 | $0.00 | $0.00 |
| 07/07/2016 | Felix S./147-00001 | Research case law and arguments raised in SunTrust Motion to Dismiss. | Adam Hoipkemier<br>5.60 | $0.00 | $0.00 |
| 07/07/2016 | Felix S./147-00001 | Review all motions to dismiss. Strategy meeting regarding motion to dismiss and settlement. | Kevin Epps<br>3.10 | $0.00 | $0.00 |
| 07/02/2016 | Felix S./147-00001 | Research voluntary payment issues. | Adam Hoipkemier<br>6.30 | $0.00 | $0.00 |
| | | | 97.30 | | $0.00 |