# EXHIBIT 1

Case 2:16-cv-00066-RWS   Document 49-3   Filed 03/28/17   Page 2 of 3



**LAW GROUP**

Making It Right

ROY E. BARNES
JOHN R. BEVIS
JOHN F. SALTER
J. CAMERON TRIBBLE



February 28, 2017

<u>Via email: billstone@stonelaw.com</u>
<u>And First Class Mail</u>
William S. Stone, Esq.
Boone & Stone
P.O. Drawer 70
589 College Street
Blakely, GA 39823

    Re:    **Offer to Divide Fees in FHA Class Actions**

Dear Bill:

    It was good to speak with you again about the respective claims and rights of my client, Epps, Holloway, DeLoach & Hoipkemier, LLC (hereinafter "EHDH") and Fortson, Bentley & Griffin, P.C. ("FBG") to fees earned under contingent fee agreements that were entered into with Sarah Felix and Veronica Dorado prior to the withdrawal of Kevin Epps, Jeff DeLoach, Kelly Holloway, and Ed Allen from FBG.

    According to the FBG's billing records, the firm recorded 14.4 hours of billable time in the *Felix v. SunTrust* matter (*i.e.* 3.36% of the total of 428.5 billable hours by all class counsel) and 3.7 hours of billable time in the *Dorado v. Bank of America* matter (*i.e.* 0.34% of a total of 1,100.7 billable hours by all class counsel).

    As a good faith offer of settlement, EHDH will agree that FBG will receive 3.36% of the fee awarded in the *Felix* matter ($35,280) and 0.34% of the fee awarded in the *Dorado* matter (which would be $32,538 if the court grants class counsel's pending request) as a resolution of any and all claims or rights that FBG may have to receive attorney's fees in these matters.

    This correspondence is intended to be an offer to settle and not an offer of compromise and will be admissible in any subsequent proceeding to determine the

BARNES LAW GROUP, LLC | 31 ATLANTA STREET | MARIETTA, GEORGIA 30060 | 770/227-6375 | 770/227-6373 | BARNESLAWGROUP.COM

William S. Stone, Esq.
February 28, 2017
Page 2

amount of any fees FBG is entitled to in the FHA class actions. *Charter Mortg. Co. v. Ahouse*, 165 Ga. App. 497, 497 (1983).

    I hope this correspondence finds you well. Congratulations again on your verdict in Fulton County.

Respectfully yours,

Roy E. Barnes

REB/srh
cc:    Jeffrey W. DeLoach, Esq. (via email)
       Kevin E. Epps, Esq. (via email)
       J. Edward Allen, Esq. (via email)
       Adam L. Hoipkemier, Esq. (via email)
       Kelly C. Holloway, Esq. (via email)


Barnes LAW GROUP