IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

SARAH FELIX, formerly known
as SARAH M. ELLIS, individually
and on behalf of a class,

       Plaintiff,

v.

SUNTRUST MORTGAGE, INC.,

       Defendants.

CIVIL ACTION NO.
2:16-CV-0066-RWS

## ORDER

This case is before the Court for consideration of Class Counsel's Motion to Determine Allocation of Attorney Fee Award to Former Counsel [Doc. 49]. Former Counsel have not filed a response, and the motion is deemed unopposed. (LR 7.1B, N.D. Ga.) After reviewing the record, the Court enters the following Order.

The parties to this class action suit reached a mediated class settlement which the Court approved by Final Order [Doc. 47] on February 6, 2017. The Final Order provided for an attorney fee award of $1,050,000. The law firms of Werner & Associates, P.C. (the "Werner Firm") and Fortson Bentley & Griffin, P.C. ("FBG"; together, "Former Counsel") previously represented the

class. However, at the time the settlement was reached, Former Counsel's participation had been terminated. At the time of the settlement, the class was represented by Epps, Holloway, DeLoach & Hoipkemier, LLC ("EHDH") and Bondurant Mixson & Elmore, LLP ("BME"; together "Class Counsel"). EHDH agreed to place its entire share of attorney fees under the fee award into escrow so as not to delay relief to the class.

EHDH brought the present motion seeking a determination of the amount of fees to which the Werner Firm and FBG are entitled. In the Final Order, the Court "retain[ed] exclusive jurisdiction over all disputes arising from or relating to the Settlement, including any dispute relating to attorneys' fees." [Doc. 47 at 19.] "It is well settled that an attorney who is discharged prior to earning a contingency fee is entitled to recover fees from the client based on *quantum meruit*." Kirschner & Ventker, P.C. v. Taylor & Martino, P.C., 277 Ga. App. 512, 513 (2006).

In its motion, EHDH proposed a *quantum meruit* award of attorney fees to the Former Counsel calculated as a *pro rata* share of the fee award based on Former Counsel's actual billable hours relative to the total number of hours expended by all Plaintiff's counsel. The Former Counsel have not objected to

AO 72A
(Rev.8/82)

the proposal, and the Court finds the proposal to be reasonable.

Accordingly, the Motion [Doc. 49] is hereby **GRANTED**. Werner & Associates, P.C. is awarded $10,080.00 as attorney fees based on 4.1 hours worked in the case. Fortson Bentley & Griffin, P.C. is awarded $35,280.00 as attorney fees for 14.4 hours worked in the case. The escrow agent in possession of the disputed fees is **AUTHORIZED** and **DIRECTED** to disburse funds to EHDH and Former Counsel in accordance with the foregoing.

**SO ORDERED**, this 24th day of April, 2017.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE