UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SARAH FELIX, formerly known as SARAH M. ELLIS, individually and on behalf of a class,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 2:16-cv-00066-RWS |

## ATTORNEY FEE JUDGMENT

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Epps, Holloway, DeLoach & Hoipkemier, LLC's Motion for Attorney's Fees and Costs, and the court having granted said motion, it is

**Ordered and adjudged** that Werner & Associates, P.C. is awarded $10,080.00 as attorney fees and Fortson Bentley & Griffin, P.C. is awarded $35,280.00 as attorney fees. The escrow agent in possession of the disputed fees is **AUTHORIZED** and **DIRECTED** to disburse funds to EHDH and Former Counsel.

Dated at Gainesville, Georgia this 25th day of April, 2017.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                                  By:  *s/Shane Gazaway*
                                              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   April 25, 2017
James N. Hatten
Clerk of Court

By:  *s/Shane Gazaway*
       Deputy Clerk