IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| SARAH FELIX, formerly known as SARAH M ELLIS, individually and on behalf of a class, | * * | |
| Plaintiff, | * | CIVIL ACTION NO. 2:16-cv-00066-RWS |
| v. | * | |
| SUNTRUST MORTGAGE INC., | * | CLASS ACTION JURY TRIAL |
| Defendant. | * | |

## DECLARATION OF WILLIAM S. STONE

1. My name is William S. Stone. I am of legal age, laboring under no disabilities, and otherwise competent to testify to all the matters set forth herein, all of which are within my personal knowledge.

2. I am a licensed attorney and a member of the State Bar of Georgia in good standing. I practice law with THE STONE LAW GROUP – TRIAL LAWYERS, LLC (formerly BOONE & STONE), in Blakely and Atlanta, Georgia.

3. I am lead counsel of record for Nonparty Respondent Fortson, Bentley, & Griffin, P.A. in this matter.

4. I and my firm, The Stone Law Group – Trial Lawyers, LLC represent Nonparty Respondent Fortson, Bentley, & Griffin, P.A. in its claims against Epps, Holloway, DeLoach, & Hoipkemier, LLC.

1

5. Attached as Exhibit 1 is a true and correct copy of the Amended And Restated Co-Counsel Agreement entered into as of October 4, 2016 between Bondurant, Mixon & Elmore, LLP, Werner & Associates PC dba The Warner law firm, Fortson, Bentley, & Griffin, P.A., and Epps, Holloway, DeLoach, & Hoipkemier, LLC regarding the Sarah Felix v. SunTrust Mortgage, Inc. case. I was personally involved in negotiating, revising, and drafting this agreement. I was personally involved in obtaining execution of this agreement by Fortson, Bentley, & Griffin, P.A.

6. Attached as Exhibit 2 is a true and correct copy of the complaint filed in the case of Adam L. Hoipkemier, Plaintiff, v. Werner & Associates PC dba The Warner law firm, Defendant, CA No. 2017CV287880 in the Superior Court of Fulton County, Georgia. The court's docket in that case can be publicly accessed by logging on to http://justice.fultoncountyga.gov/PASupCrtCM/Search.aspx?ID=100.

I make this declaration within the United States and pursuant to Title 28 of the United States Code, § 1746. I declare under penalty of perjury that the foregoing is true and correct. I have executed this declaration on May 22nd, 2017.

_William S. Stone_
William S. Stone

## CERTIFICATE OF SERVICE

      I certify that I have this day served a true and correct copy of the foregoing upon the following interested parties and their counsel by Statutory Electronic Service (email) and by the Court's CM/ECF electronic filing and notification system, properly addressed to the following persons:

EPPS, HOLLOWAY, DELOACH & HOIPKEMIER', LLC:

Roy E. Barnes
**THE BARNES LAW GROUP, LLC**
Attorneys at Law
31 Atlanta Street
Marietta, Georgia 30060
Email Roy@barneslawgroup.com

      This 22nd day of May 2017.

*William S. Stone*